BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CV-02391-KJM-GGH |
| Plaintiff, | ) | APPLICATION AND ORDER FOR PUBLICATION |
| v. | ) | |
| REAL PROPERTY LOCATED AT 3907 LEWIS AVENUE, LONG BEACH, CALIFORNIA, LOS ANGELES COUNTY, APN: 7138-021-014, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) | |
| Defendant. | ) | |

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper

1  or other vehicle for publication;
2      3.   The defendant real property is located in the city of
3  Long Beach, Los Angeles County, California;
4      4.   The United States proposes that publication be made as
5  follows:
6          a.   One publication;
7          b.   Thirty (30) consecutive days;
8          c.   On the official internet government forfeiture
9  site www.forfeiture.gov;
10         d.   The publication is to include the following:
11              (1)   The Court and case number of the action;
12              (2)   The date of the seizure/posting;
13              (3)   The identity and/or description of the
14 property seized/posted;
15              (4)   The name and address of the attorney for the
16 United States;
17              (5)   A statement that claims of persons entitled
18 to possession or claiming an interest pursuant to Supplemental
19 Rule G(5) must be filed with the Court and served on the attorney
20 for the United States no later than 60 days after the first day
21 of publication on the official internet government forfeiture
22 site; and
23              (6)   A statement that answers to the Complaint or
24 a motion under Rule 12 of the Federal Rules of Civil Procedure
25 ("Fed. R. Civ. P.") must be filed and served within 21 days after
26 ///
27 ///
28

1  the filing of the claims and, in the absence thereof, default may
2  be entered and condemnation ordered.
3  Dated: 9/9/2011                    BENJAMIN B. WAGNER
                                      United States Attorney
4
5
                                By:   /s/ Kevin C. Khasigian
6                                     KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney
7
8
9                                     **ORDER**
10       IT IS SO ORDERED.
11  Dated: September 29, 2011
12                                     /s/ Gregory G. Hollows
13                                    UNITED STATES MAGISTRATE JUDGE