```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  | 2:11-CV-02391-KJM-GGH |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | WITH PREJUDICE AND ORDER; |
| | CERTIFICATE |
| REAL PROPERTY LOCATED AT 3907 LEWIS AVENUE, LONG BEACH, CALIFORNIA, LOS ANGELES COUNTY, APN: 7138-021-014, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | OF REASONABLE CAUSE |
| Defendant. | |

It is hereby stipulated by and between the United States of America, claimants John Forgy and Kinde Durke, joint tenants; and California Franchise Tax Board, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution

of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 11/9/11                      BENJAMIN B. WAGNER
                                    United States Attorney

                              By:   /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


Dated: 11/8/11
                              By:   /s/ John Forgy
                                    Claimant John Forgy


Dated: 11/8/11
                              By:   /s/ Kinde Durkee
                                    Claimant Kinde Durkee


Dated: Nov. 8, 2011

                              By:   /s/ Amy J. Winn
                                    AMY J. WINN
                                    Counsel for Claimant California
                                    Franchise Tax Board

                                    (Signatures retained by counsel)

IT IS SO ORDERED.

DATED:   November 30, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 9, 2011, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED:   November 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

3       Stipulation of Dismissal With Prejudice; Order