```
BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02391-KJM-GGH |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| v. | WITH PREJUDICE AND ORDER; |
| REAL PROPERTY LOCATED AT 3907 LEWIS AVENUE, LONG BEACH, CALIFORNIA, LOS ANGELES COUNTY, APN: 7138-021-014, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | CERTIFICATE OF REASONABLE CAUSE |
| Defendant. | |

It is hereby stipulated by and between the United States of America, claimants John Forgy and Kinde Durke, joint tenants; and California Franchise Tax Board, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the defendant real property, and for the commencement and prosecution

1       Stipulation of Dismissal With Prejudice; Order

1  of this forfeiture action, and the Court may enter a Certificate
2  of Reasonable Cause pursuant to 28 U.S.C. § 2465.
3
4  DATED: 11/9/11                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6                              By:   /s/ Kevin C. Khasigian
                                     KEVIN C. KHASIGIAN
7                                    Assistant U.S. Attorney
8
9  Dated: 11/8/11
                                By:  /s/ John Forgy
10                                   Claimant John Forgy
11
12
   Dated: 11/8/11
13                              By:  /s/ Kinde Durkee
                                     Claimant Kinde Durkee
14
15
16 Dated: Nov. 8, 2011
17                              By:  /s/ Amy J. Winn
                                     AMY J. WINN
18                                   Counsel for Claimant California
                                     Franchise Tax Board
19
                                     (Signatures retained by counsel)
20
21 IT IS SO ORDERED.
22 DATED:   November 30, 2011.
23
                                     _____
24                                   UNITED STATES DISTRICT JUDGE
25
26
27
28

                          2    Stipulation of Dismissal With Prejudice; Order

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 9, 2011, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: November 30, 2011.

_____
UNITED STATES DISTRICT JUDGE